UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IMELDA HUERTA, | ) | No. EDCV 07-1617-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that Judgment shall be entered awarding disability benefits to plaintiff under Title II of the Social Security Act, 42 U.S.C. § 423.

DATED: July 22, 2009             ___/s/ Rosalyn M. Chapman____
                                 ROSALYN M. CHAPMAN
                                 UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-1617.jud
7/22/09